IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE TIMOTHY BROWN, | ) | No. C 13-3369 LHK (PR) |
| Plaintiff. | ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |

On July 18, 2013, plaintiff, a California state prisoner, filed a letter with the court, which initiated these proceedings. (Docket No. 1.) The same day, the Clerk notified plaintiff that he failed to submit a complaint, and sent a complaint form to plaintiff. (Docket No. 2.) On August 5, 2013, plaintiff filed a second letter indicating that he "did not wish to file any form of 'Civil Claim' against any party." (Docket No. 6.)

Plaintiff may voluntarily dismiss his complaint with or without order of this court. *See* Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has been served, plaintiff's letter requesting to dismiss these proceedings is construed as a "notice of dismissal." *See* Fed. R. Civ. P. 41(a)(1)(A)(I). Accordingly, this action is **DISMISSED**. The Clerk shall terminate all pending motions and deadlines and close the file.

IT IS SO ORDERED.

DATED: 9/24/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Brown369VolDis.wpd